Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.    (916) 971-4100
Fax    (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AKIYOSHI,<br><br>    Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.: 2:25-cv-00451-JAM-JDP<br><br>**STIPULATION AND ORDER TO REMAND REMOVED ACTION**<br><br>*[Action Filed in San Joaquin County Sup Ct: 11/01/2024]* |

**STIPULATION FOR REMAND**

Plaintiff DAVID AKIYOSHI and Defendant COSTCO WHOLESALE CORPORATION, through their respective counsel of record and subject to the Court's approval, stipulate as follows:

1. On November 01, 2024, Plaintiff David Akiyoshi ("Plaintiff") commenced a civil action against COSTCO WHOLESALE CORPORATION and DOES 1 to 25 by filing a Complaint in the Superior Court of California, County of San Joaquin ("Action").

2. On January 6, 2025, Costco was served a copy of the Action.

3. On February 4, 2025, Costco filed a Notice of Removal of the Action pursuant to 28 U.S.C. § §1332 and 1367 on the basis of diversity of citizenship.

4. After further meeting and conferring by the Parties, Plaintiff has agreed to cap damages below $75,000 and the parties now agree the Action should be remanded.

5. Therefore, the Parties stipulate to remand the Action to the Superior Court of California, County of San Joaquin.

6. The Parties further stipulate that each party shall bear its own attorney fees and costs with respect to the removal and subsequent remand of the Action, titled DAVID AKIYOSHI v. COSTCO WHOLESALE CORPORATION, et al.

Respectfully submitted,

DATED: March 20, 2025　　　　**JACOBSEN & McELROY PC**

By: */s/ Brian P. Dolin*
　　Brian P. Dolin
　　Attorneys for Defendant
　　COSTCO WHOLESALE CORPORATION

DATED: March 20, 2025　　　　**LAW OFFICE OF GREGORY C. CATTERMOLE**

By: */s/ Gregory C. Cattermole*
　　Gregory C. Cattermole
　　Attorneys for Plaintiff
　　DAVID AKIYOSHI

## ORDER

Based on the stipulation of the parties, the Eastern District of California case number 2:25-cv-00451-JAM-JDP is hereby **REMANDED** to Superior Court of California, County of San Joaquin for all future proceedings.

**IT IS SO ORDERED.**

DATED: March 20, 2025　　　　/s/ John A. Mendez
　　THE HONORABLE JOHN A. MENDEZ
　　SENIOR UNITED STATES DISTRICT JUDGE